UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE WESTON GROUP, INC., a Pennsylvania Corporation, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:12-CV-1964-G |
| SOUTHWEST HOME HEALTH CARE, LP, ET AL., | ) ) ) | |
| Defendants. | ) | |

## AMENDMENT TO MEMORANDUM OPINION AND ORDER

To clarify, the court's memorandum opinion and order of March 11, 2014

(docket entry 132) dismissed the plaintiff's joint enterprise claim against all

defendants, not only the individual defendants.

**SO ORDERED**.

March 18, 2014.

_____
A. JOE FISH
Senior United States District Judge